IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-08-008 |
| | § | |
| CHRISTIAN LOUIS COMBS, *et al* | § | |

**O R D E R**

Defendant Varela filed an unopposed motion for continuance, (Docket Entry No.42). Co defendants Combs and Martinez are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | September 26, 2008 |
| Responses to be filed by: | October 10, 2008 |
| Pretrial conference is reset to**:** | **October 14, 2008, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 27, 2008, at 9:00 a.m.** |

SIGNED on July 30, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge